UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| LOUIS LANDRY | CIVIL ACTION NO. 6:19-cv-00367 |
| VERSUS | JUDGE JUNEAU |
| MARK GARBER, ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion to dismiss (Rec. Doc. 3), which was filed pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(5), and 12(b)(6) by defendant Mark Garber in his official capacity as the Sheriff of Lafayette Parish and defendant Rob Reardon is GRANTED, and the plaintiff's claims against Mr. Reardon and Sheriff Garber are DISMISSED WITHOUT PREJUDICE, consistent with the report and recommendation.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 8th day of July, 2019.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE