UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| LOUIS LANDRY | CIVIL ACTION NO. 6:19-cv-00367 |
| VERSUS | JUDGE JUNEAU |
| MARK GARBER, ET AL. | MAGISTRATE JUDGE HANNA |

**JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion to dismiss (Rec. Doc. 24), which was filed on behalf of Sheriff Mark Garber and Cathy Fontenot, is GRANTED, consistent with the report and recommendation. More particularly, IT IS ORDERED that (a) any and all claims asserted in the plaintiff's amended complaint against Sheriff Garber are dismissed without prejudice because the plaintiff's motion to amend the complaint to add such claims was previously denied; and (b) the plaintiff's claims against Ms. Fontenot are dismissed without prejudice because the plaintiff failed to serve her properly.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 4th day of November, 2019.

**MICHAEL J. JUNEAU**
**UNITED STATES DISTRICT JUDGE**